IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIERA SMITH, | § | |
| | § | No. 147, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| v. | § | Superior Court of the |
| | § | State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. I.D. No. 0707036856A (S) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  December 13, 2017
Decided:  January 2, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

# **O R D E R**

This 2nd day of January 2018, the Court, having considered this matter on the briefs of the parties and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its memorandum opinion of March 6, 2017.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice

---

[1] *State v. Smith*, 2017 WL 902149 (Del. Super. March 6, 2017).